**LAW OFFICES OF ALEKXIA TORRES STALLINGS**
Alekxia Torres Stallings, SBN 296418
1318 K Street
Bakersfield, CA 93301
(661) 326-0857
(661) 326-0915 (fax)
Email: lextorres@lawtorres.com


Attorney for **HANNAH TIETJENS**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>**HANNAH TIETJENS**,<br><br>Defendant. | No. 1:10-cr-00428-JLT<br><br>**MOTION TO TERMINATE CJA APPOINTMENT OF ALEKXIA TORRES STALLINGS AS ATTORNEY OF RECORD AND ORDER** |

On July 21, 2023, Hannah Tietjens appeared in court for Petition for violation of supervised release.  Alekxia Torres Stallings was appointed as counsel to represent Ms. Tietjens on 1:10-cr-00428-JLT in her criminal case.  Ms. Tietjens was sentenced re violation petition on August 21, 2023.  The time for filing a direct appeal was September 7, 2023.  No direct appeal was filed.  Ms. Tietjens was in custody at sentencing. Having completed her representation of Ms. Tietjens, Alekxia Torres Stallings now moves to terminate her appointment under the Criminal Justice Act.

/

//

1   ///

2       Should Ms. Tietjens require further legal assistance she has been advised to contact the

3   Office of the Federal Defender for the Eastern District of California by mail at 2300 Tulare Street,

4   Suite 330, Fresno, CA 93721, or by phone at (559) 487-5561 (collect) or (855) 656-4360 (toll-

5   free), which, if appropriate, will arrange for the re-appointment of counsel to assist him/her.

6

7    Dated: November 1,2023                    Respectfully submitted,

8

9                                              /s/*Alexia Torres Stallings*
                                               Alekxia Torres Stallings
10                                             Attorney for Hannah Tietjens

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

2                                              **ORDER**

3
            Having reviewed the notice and found that attorney Alekxia Torres Stallings has
4
   completed the services for which she was appointed, the Court hereby grants attorney Alekxia
5
   Torres Stallings request for leave to withdraw as defense counsel in this matter.  Should
6
   Defendant seek further legal assistance, Defendant is advised to contact the Office of the Federal
7
   Defender for the Eastern District of California at 2300 Tulare Street, Suite 330, Fresno, CA
8
   93721.  The phone number for the office is (559) 487-5561 (collect) or (855) 656-4360 (toll-free).
9
   If appropriate, the office will arrange for the reappointment of counsel to assist Defendant.
10
            The Clerk of Court is directed to serve a copy of this order on Hannah Tietjens at the
11
   following address and to update the docket to reflect Defendant's pro se status and contact
12
   information.
13
   Hannah Tietjens
14 Register Number: 65321-097
   Person ID: 7037398
15 Booking No: 2324235
   South Annex Jail
16 2280 Fresno Street
   Fresno, CA  93721
17

18

19

20 IT IS SO ORDERED.

21    Dated:    **November 3, 2023**                      _Jennifer L. Thurston_

22                                                        UNITED STATES DISTRICT JUDGE

23

24

25

26

27

28